



| Account | Serial | Sequence | Paid Date | Amount |
|---|---|---|---|---|
| 7100573401 | 20414 | 24147976 | 02/16/2007 | $575,000.00 |



EXHIBIT 3