**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 268**

| In the Matter of | Case Number: |
|---|---|

Robert Cashen
v.
Integrated Portfolio Management, Inc. f/k/a First Credit Services Incorporated d/b/a Stanley Weinberg & Associates, an Illinois Corporation, Earl Shields, and Liliana Shields

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

**JUDGE DOW**
**MAGISTRATE JUDGE NOLAN**

| NAME (Type or print) |
|---|
| Darnella J. Ward |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Darnella J. Ward |
| FIRM |
| Rachlis Durham Duff & Adler, LLC |
| STREET ADDRESS |
| 542 South Dearborn Street, Suite 900 |
| CITY/STATE/ZIP |
| Chicago, IL 60605 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6279493 | 312-733-3950 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

**FILED**
**JANUARY 11, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT