UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
Eastern Division

Robert Cashen

             Plaintiff,

v.                   Case No.: 1:08−cv−00268
                   Honorable Robert M. Dow Jr.

Integrated Portfolio Management, Inc., et al.

             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 28, 2008:

  MINUTE entry before Judge Robert M. Dow Jr.:The Court's review of the complaint indicates that it is appropriate to give this ERISA case expedited treatment. The parties are authorized to proceed with all discovery. Discovery to be completed by May 9, 2008. Plaintiff to make a disclosure pursuant to Fed.R.Civ.P. 26(a)(1) by March 3, 2008. Parties to file a joint status report by March 10, 2008. (see Judge Dow's web page for Standing Order Regarding Initial Status Reports) Status hearing set for March 18, 2008 at 9:00a.m. Plaintiff should notify all other parties of the court's order.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.