AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**08 C 268**

SUMMONS IN A CIVIL CASE

Robert Cashen,
    Plaintiff

CASE NUMBER:

V.

ASSIGNED JUDGE:

**JUDGE DOW**
**MAGISTRATE JUDGE NOLAN**

Integrated Portfolio Management, Inc. f/k/a First Credit Services Incorporated d/b/a Stanley Weinberg & Associates, an Illinois Corporation, Earl Shields, and Liliana Shields,
    Defendants

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Integrated Portfolio Management, Inc. f/k/a First Credit Services Incorporated
d/b/a Stanley Weinberg & Associates, an Illinois Corporation
c/o National Registered Agents Inc
200 West Adams Street
Chicago, Illinois 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael Rachlis
Rachlis Durham Duff & Adler, LLC
542 South Dearborn Street, Suite 900
Chicago, Illinois 60605

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_/s/ Yvette Montaez_                          **January 11, 2008**
**(By) DEPUTY CLERK**                                   Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE January 14, 2008 |
| NAME OF SERVER (PRINT) Catherine Marino | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): National Registered Agents Inc.
c/o Cecilia Villalpando (Reception)
200 West Adams Street, Suite 2007
Chicago, IL 60606

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/14/08
Date

Catherine Marino
Signature of Server

542 S. Dearborn St., Suite 900
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.