AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**08 C 268**

SUMMONS IN A CIVIL CASE

Robert Cashen,
    Plaintiff

V.

Integrated Portfolio Management, Inc. f/k/a First Credit Services Incorporated d/b/a Stanley Weinberg & Associates, an Illinois Corporation, Earl Shields, and Liliana Shields,
    Defendants

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE DOW**
**MAGISTRATE JUDGE NOLAN**

TO: (Name and address of Defendant)

Liliana Shields
2315 Hazel Court
Naperville, Illinois 60565

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael Rachlis
Rachlis Durham Duff & Adler, LLC
542 South Dearborn Street, Suite 900
Chicago, Illinois 60605

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_/s/ Yvette Montoya_   —   **January 11, 2008**
**(By) DEPUTY CLERK**                                           Date

# Affidavit of Process Server

| _Robert Cashen_ | vs | _Integrated Portfolio Mgmt_ | _08C268_ |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I _Karl Brown_
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Liliana Shields_
NAME OF PERSON/ENTITY BEING SERVED
with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ _Complaint / Summons_

by serving (NAME) ☒ _Anne O'Keefe office Admin (with authorization)_
_Atty Fred Roth_
at ☐ Home _____
☒ Business _47 E. Chicago Ave Naperville, Ill_
☐ on (DATE) _2-8-08_ at (TIME) _12:30 PM_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _Anne O'Keefe (office Admin) with authorization Atty Fred Roth_
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) ___ DATE TIME, ( ) ___ DATE TIME,
( ) ___ DATE TIME, ( ) ___ DATE TIME, ( ) ___ DATE TIME

**Description:**
- ☐ Male ☒ Female
- ☒ White Skin ☐ Black Skin ☐ Yellow Skin ☐ Brown Skin ☐ Red Skin
- ☐ Black Hair ☐ Brown Hair ☐ Blond Hair ☒ Gray Hair ☐ Red Hair
- ☐ White Hair ☐ Balding ☐ Mustache ☐ Beard
- ☐ 14-20 Yrs. ☐ 21-35 Yrs. ☒ 36-50 Yrs. ☐ 51-65 Yrs. ☐ Over 65 Yrs.
- ☐ Under 5' ☐ 5'0"-5'3" ☒ 5'4"-5'8" ☐ 5'9"-6'0" ☐ Over 6'
- ☐ Under 100 Lbs. ☐ 100-130 Lbs. ☒ 131-160 Lbs. ☐ 161-200 Lbs. ☐ Over 200 Lbs.
- ☐ Glasses

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

Subscribed and sworn to before me, a notary public, this _11_ day of _February_ 20 _08_

NOTARY PUBLIC

SERVED BY _Karl Brown_
LASALLE PROCESS SERVERS
_Rachlis_

**OFFICIAL SEAL**
**ANDREW RAPHAEL**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.