**CERTIFICATE OF SERVICE**

    I hereby certify that on March 11, 2008, I caused a true and correct copy of the foregoing Initial Joint Status Report to be served via U.S. Mail, postage prepaid upon the following:

Earl Shields
1036 Sheringham Drive
Naperville, IL 60565

                              By:    /s/ Michael Rachlis
                                       Michael Rachlis
                                       Kevin B. Duff
                                       Darnella J. Ward
                                       Rachlis Durham Duff & Adler, LLC
                                       542 S. Dearborn Street, Suite 900
                                       Chicago, Illinois 60605
                                       (312) 733-3950
                                       (312) 733-3952 (fax)