US District Court For the Northern District of Illinois

~~IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT~~
~~COUNTY OF DUPAGE, STATE OF ILLINOIS~~

| | |
|---|---|
| ROBERT CASHEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 C 268 |
| ) | 08 c 268 |
| INTEGRATED PORTFOLIO ) | Judge Robert M. Dow Jr. |
| MANAGEMENT, INC. f/k/a FIRST ) | |
| CREDIT SERVICES INCORPORATED ) | |
| d/b/a STANLEY WEINBERG & ) | |
| ASSOCIATES, an Illinois Corporation, ) | |
| EARL SHIELDS, and LILIANA SHIELDS, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

FILED
MAR 1 0 2008
Mar 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO:   See attached Service List

PLEASE TAKE NOTICE that on March 18, 2008, at 9:00 a.m., the attached Integrated Portfolio Management, Inc. And Liliana Shields' Motion For Enlargement Pursuant To Rule 6(b) was filed, with attached Motion To Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6).

Frederick E. Roth, Attorney for Plaintiff

Roth Law Firm
47 E. Chicago Avenue
Suite 360
Naperville, IL 60540
(630) 778-1100
Attorney No. 4260

## CERTIFICATE OF SERVICE

     Frederick E. Roth, an attorney, hereby certifies that he caused a true and correct copy of the foregoing Notice of Motion and Integrated Portfolio Management, Inc. And Liliana Shields' Motion For Enlargement Pursuant To Rule 6(b), with attached Motion To Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) to be hand-delivered upon the person(s) listed above on the 10th day of March, 2008.

                                                      _____
                                                      Frederick E. Roth

## SERVICE LIST

Michael Rachlis
Rachlis Durham Duff & Adler, LLC
542 South Dearborn, Suite 900
Chicago, IL 60605

Darnella J. Ward
Rachlis Durham Duff & Adler, LLC
542 South Dearborn, Suite 900
Chicago, IL 60605

Kevin Buckley Duff
Rachlis Durham Duff & Adler, LLC
542 South Dearborn, Suite 900
Chicago, IL 60605