IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT CASHEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> INTEGRATED PORTFOLIO ) <br> MANAGEMENT, INC. f/k/a FIRST ) <br> CREDIT SERVICES INCORPORATED ) <br> d/b/a STANLEY WEINBERG & ) <br> ASSOCIATES, an Illinois corporation, ) <br> EARL SHIELDS, and LILIANA SHIELDS, ) <br> ) <br> Defendants. ) | No.   08 C 268 <br><br> Honorable Judge Robert M. Dow Jr. <br> Magistrate Judge Nan R. Nolan <br><br> Jury Demanded |

## MOTION FOR DEFAULT JUDGMENT

Plaintiff Robert Cashen ("Plaintiff") by and through undersigned counsel brings the instant motion for default pursuant to Federal Rules of Civil Procedure Rule 4, 8, and 12 as Defendant Earl Shields has failed to answer or otherwise plead within 20 days of proper service;[1] and states as follows:

1.   This is an action to recover sums due and owing to Plaintiff of $575,000 plus interest, penalties, attorneys' fees, and costs for amounts that Defendants borrowed Plaintiff in February 2007 pursuant to terms set forth in a Promissory Note (the "Note") which is attached to the Complaint as Exhibit 1. Under the agreed terms, the Defendants were to have repaid the loan and all applicable interest by October 1, 2007. However, the Defendants have failed to repay

---

[1] Defendants Integrated Portfolio Management, Inc. f/k/a First Credit Services Incorporated d/b/a Stanley Weinberg & Associates, an Illinois corporation and Liliana Shields, as detailed herein also failed to answer within 20 days of proper service; however, on March 10, 2008, these Defendants filed their Appearance along with a Motion for Enlargement Pursuant to Rule 6(b) wherein a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) and (3) was attached.

Plaintiff any of the principal or interest. Further, under the terms of the Note, Paragraphs 7 and 9, Plaintiff is also entitled to attorney fees; costs; and contractual and post judgment interest.

2. On January 11, 2008, Plaintiff filed a Complaint and issued Summons for all Defendants Integrated Portfolio Management, Inc. f/k/a First Credit Services Incorporated d/b/a Stanley Weinberg & Associates, an Illinois corporation. ("IPM"), Earl Shields ("Earl"), and Liliana Shields ("Liliana").

3. IPM was served with the Summons and Complaint on January 14, 2008. *(See* Docket, Document 11.)* IPM's answer to the Complaint was due by February 4, 2008.

4. Earl was served with Summons and Complaint on January 19, 2008. (*See* Docket, Document 12.) Earl's answer to the Complaint was due by February 8, 2008.

5. Liliana was served with Summons and Complaint on February 8, 2008. (*See* Docket, Document 13.) Liliana's answer to the Complaint was due by February 28, 2008.

6. As of March 12, 2008, Earl has failed to appear, answer or otherwise plead. Defendants IPM and Liliana have appeared through counsel, but are in technical default as they have failed to answer or otherwise plead. However, Defendants IPM and Liliana have moved for an enlargement of time to answer or otherwise plead; thus, these issues will be addressed at the hearing currently set for March 18, 2008.

WHEREFORE, Plaintiff Robert Cashen prays for the following:

   a. Judgment entered in Plaintiff Robert Cashen's favor and against the Defendant Earl Shields on all counts;

   b. an award of $615,652.76, which includes the principal in the amount of $575,000.00, the unpaid accrued installment interest payments in the amount of $9,569.92, and the 5% late fees in the amount of $31,082.84; plus contractual

default interest pursuant to Paragraph 9 and Florida Statutes Annotated Section 687 et seq., not to exceed 25%; post judgment interest in an amount determined pursuant to Florida Statutes Annotated Section 55.03; attorneys' fees; and costs;

c. That Earl Shields be declared the constructive trustee for all assets which he currently holds which have been obtained, improved or purchased by funds received from Robert Cashen;

d. Such injunctive relief as is necessary to protect Plaintiff's interests and preserve any assets which may be the subject of any judgment or other relief granted by this Court;

e. An award for Plaintiff Robert Cashen for all reasonable attorneys' fees, contractual interest, prejudgment interest, and costs;

f. punitive damages; and,

g. any other relief that this Court may deem just and equitable.

Respectfully submitted,

ROBERT CASHEN

Dated: March 12, 2008

By:   /s/ Michael Rachlis
One of his attorneys

Michael Rachlis (ARDC # 06203745)
Kevin B. Duff (ARDC # 06210491)
Darnella J. Ward (ARDC # 6279493)
Rachlis Durham Duff & Adler, LLC
542 S. Dearborn Street, Suite 900
Chicago, Illinois 60605
(312) 733-3950
(312) 733-3952 (fax)