IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT CASHEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTEGRATED PORTFOLIO<br>MANAGEMENT, INC. f/k/a FIRST<br>CREDIT SERVICES INCORPORATED<br>d/b/a STANLEY WEINBERG &<br>ASSOCIATES, an Illinois corporation,<br>EARL SHIELDS, and LILIANA SHIELDS,<br><br>　　　　Defendants. | No.　08 C 268<br><br>Honorable Judge Robert M. Dow Jr.<br>Magistrate Judge Nan R. Nolan |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, on March 18, 2008 at 9:15 a.m., the undersigned counsel shall appear before the Honorable Judge Robert M. Dow, or any judge sitting in his stead, in Courtroom 1919 of the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, to present Plaintiff's Motion for Default Judgment, a copy of which is hereby served upon you.

　　　　　　　　　　　　By:　　/s/ Michael Rachlis
　　　　　　　　　　　　　　　Michael Rachlis (ARDC # 06203745)
　　　　　　　　　　　　　　　Kevin B. Duff (ARDC # 06210491)
　　　　　　　　　　　　　　　Darnella J. Ward (ARDC # 6279493)
　　　　　　　　　　　　　　　Rachlis Durham Duff & Adler, LLC
　　　　　　　　　　　　　　　542 S. Dearborn Street, Suite 900
　　　　　　　　　　　　　　　Chicago, IL  60605
　　　　　　　　　　　　　　　312-733-3950
　　　　　　　　　　　　　　　312-733-3952 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2008, I caused a true and correct copy of the foregoing Notice and Motion for Default Judgment to be served via U.S. Mail postage prepaid and/or overnight mail upon the following:

Earl Shields
1036 Sheringham Drive
Naperville, IL 60565

Frederick E. Roth
Roth Law Firm
47 E. Chicago Avenue, Suite 360
Naperville, IL 60540

By:   /s/ Michael Rachlis
Michael Rachlis
Kevin B. Duff
Darnella J. Ward
Rachlis Durham Duff & Adler, LLC
542 S. Dearborn Street, Suite 900
Chicago, Illinois 60605
(312) 733-3950
(312) 733-3952 (fax)