# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Robert Cashen

                        Plaintiff,

v.                                      Case No.: 1:08–cv–00268
                                      Honorable Robert M. Dow Jr.

Integrated Portfolio Management, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 18, 2008:

      MINUTE entry before Judge Honorable Robert M. Dow, Jr:Status hearing held. Defendant Earl Shields appears at status hearing. Defendant Earl Shields is given until 3/18/08 to retain counsel. MOTION by Plaintiff Robert Cashen for default judgment as to Defendant Earl Shields[18] is entered and continued to 4/23/08 at 9:00a.m.MOTION by Defendants Liliana Shields, Integrated Portfolio Management, Inc. for extension of time to file[16] motion to dismiss,instanter, is granted. Plaintiff is given to and including 4/18/08 in which to file a response to defendants motion to dismiss and defendants are given until 5/2/08 to reply. Ruling on motion to dismiss will be by mail. Status hearing continued to 4/23/08 at 9:00a.m.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.