IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ROBERT CASHEN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No. 1:08-cv-00268 |
| | ) Honorable Robert M. Dow, Jr. |
| **INTEGRATED PORTFOLIO** | ) |
| **MANAGEMENT, INC. f/k/a FIRST** | ) |
| **CREDIT SERVICES INCORPORATED** | ) Jury Demanded |
| **d/b/a STANLEY WEINBERG &** | ) |
| **ASSOCIATES, an Illinois corporation,** | ) |
| **EARL SHIELDS, and LILIANA SHIELDS,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF FILING

TO:   Frederick E. Roth          Earl Shields
      Roth Law Firm              1036 Sheringham Drive
      47 E. Chicago Avenue       Naperville, IL 60565
      Suite 360
      Naperville, IL 60540

PLEASE TAKE NOTICE that, on April 18, 2008, the undersigned counsel filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, Plaintiff Robert Cashen's Response to Defendants Liliana Shields' and Integrated Portfolio Management's Motion to Dismiss, using the Court's CM/ECF system.

ROBERT CASHEN

By:   /s/ Michael Rachlis
      Michael Rachlis (#6203745)
      Darnella J. Ward (#6279493)
      Rachlis Durham Duff & Adler, LLC
      542 S. Dearborn Street, Suite 900
      Chicago, Illinois 60605
      (312) 733-3950
      (312) 733-3952 (fax)
      mrachlis@rddlaw.net
      dward@rddlaw.net

Case 1:08-cv-00268   Document 21-3   Filed 04/18/2008   Page 2 of 2

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 18, 2008, I caused a true and correct copy of the foregoing Notice and Plaintiff Robert Cashen's Response to Defendants Liliana Shields' and Integrated Portfolio Management's Motion to Dismiss to be served via U.S. Mail, postage prepaid, upon the following:

| | |
|---|---|
| Frederick E. Roth | Earl Shields |
| Roth Law Firm | 1036 Sheringham Drive |
| 47 E. Chicago Avenue | Naperville, IL  60565 |
| Suite 360 | |
| Naperville, IL  60540 | |

                                                               s/Michael Rachlis
                                        Michael Rachlis (#6203745)
                                        Rachlis Durham Duff & Adler, LLC
                                        542 S. Dearborn Street, Suite 900
                                        Chicago, IL  60605
                                        312-733-3950
                                        312-733-3952 (fax)
                                        mrachlis@rddlaw.net