IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
APR 22 2008
Apr 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| ROBERT CASHEN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08 C 268 |
| INTEGRATED PORTFOLIO MANAGEMENT, INC. f/k/a FIRST CREDIT SERVICES INCORPORATED d/b/a STANLEY WEINBERG & ASSOCIATES, an Illinois Corporation, EARL SHIELDS, and LILIANA SHIELDS, | ) Judge Robert M. Dow Jr. |
| Defendants. | ) |

**APPEARANCE**

I hereby enter my Appearance as attorney for Defendant, Earl Shields, in this matter.

Dated: April 21, 2008

_____
Frederick E. Roth

Roth Law Firm
47 E. Chicago Avenue
Suite 360
Naperville, IL 60540
(630) 778-1100
Attorney No. 4260