IN THE UNITED STATES DISTRICT COURT **F I L E D**
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

APR 2 2 2008 *ᗅε*
Apr 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| ROBERT CASHEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 268 |
| | ) | |
| INTEGRATED PORTFOLIO | ) | Judge Robert M. Dow Jr. |
| MANAGEMENT, INC. f/k/a FIRST | ) | |
| CREDIT SERVICES INCORPORATED | ) | |
| d/b/a STANLEY WEINBERG & | ) | |
| ASSOCIATES, an Illinois Corporation, | ) | |
| EARL SHIELDS, and LILIANA SHIELDS, | ) | |
| | ) | |
| Defendants. | ) | |

### APPEARANCE

I hereby enter my Appearance as attorney for Defendant, Liliana Shields, in this matter.

Dated: April 21, 2008

_____
Frederick E. Roth

Roth Law Firm
47 E. Chicago Avenue
Suite 360
Naperville, IL 60540
(630) 778-1100
Attorney No. 4260