IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT CASHEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 268 |
| | ) | |
| INTEGRATED PORTFOLIO | ) | Judge Robert M. Dow Jr. |
| MANAGEMENT, INC. f/k/a FIRST | ) | |
| CREDIT SERVICES INCORPORATED | ) | |
| d/b/a STANLEY WEINBERG & | ) | |
| ASSOCIATES, an Illinois Corporation, | ) | |
| EARL SHIELDS, and LILIANA SHIELDS, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION
## AND CERTIFICATE OF SERVICE

TO:    See Attached Service List

PLEASE TAKE NOTICE that on May 2, 2008, we will file with the United States District Court, **Defendants' Reply In Regard To Plaintiff's Response To Motion To Dismiss**, a copy of which is attached hereto and herewith served upon you.

Respectfully submitted,

Frederick E. Roth, Attorney for
Plaintiff

Roth Law Firm
47 E. Chicago Avenue
Suite 360
Naperville, IL 60540
(630) 778-1100
Attorney No. 4260

## CERTIFICATE OF SERVICE

Frederick E. Roth, an attorney, hereby certifies that he caused a true and correct copy of the foregoing Notice of Filing and Defendants' Reply In Regard To Plaintiff's Response To Motion To Dismiss to be served upon counsel listed on the attached Service List via fax and U.S. Mail on this 2nd day of May, 2008.

Frederick E. Roth

## SERVICE LIST

Michael Rachlis
Darnella J. Ward
Kevin Buckley Duff
Rachlis Durham Duff & Adler, LLC
542 South Dearborn, Suite 900
Chicago, IL 60605
Fax (312) 733-3952