## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Robert Cashen,                                )
                                             )
                    Plaintiff,               )
                                             )    No. 08 C 268
          vs.                                )
                                             )    Honorable Robert M. Dow, Jr.
Integrated Portfolio Management, Inc. f/k/a  )
First Credit Services Incorporated d/b/a     )    Magistrate Judge Nan R. Nolan
Stanley Weinberg & Associates, an Illinois   )
corporation, Earl Shields, and Liliana Shields, )
                                             )
                    Defendants.              )

## MOTION FOR SUBSTITUTION OF ATTORNEYS

Earl Shields, by his attorneys, Ronald J. Broida and Joseph K. Nichele, respectfully moves this

Honorable Court to enter an Order of Substitution of Attorneys pursuant to the Substitution which is

attached hereto and made a part hereof.

Respectfully submitted,

Earl Shields,

By:    /s/ Ronald J. Broida
       One of His Attorneys

Ronald J. Broida
Joseph K. Nichele
Broida and Associates, Ltd.
Attorneys at Law
Attorneys for Earl Shields
1250 East Diehl Road, Suite 108
Naperville, Illinois  60563
(630) 245-1515
(630) 245-1565 FAX

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Robert Cashen,                          )
                                        )
                    Plaintiff,          )
                                        )        No. 08 C 268
          vs.                           )
                                        )        Judge Robert M. Dow, Jr.
Integrated Portfolio Management, Inc. f/k/a   )
First Credit Services Incorporated  d/b/a     )    Magistrate Judge Nan R. Nolan
Stanley Weinberg & Associates, an Illinois    )
corporation, Earl Shields, and Liliana Shields, )
                                        )
                    Defendants.         )

## SUBSTITUTION OF ATTORNEYS

The undersigned does hereby withdraw his Appearance for Earl Shields in the above-referenced matter.

Frederick E. Roth

The undersigned does hereby substitute and enter their Appearance for in the above-referenced matter.

Ronald J. Broida

Joseph K. Nichele

The undersigned does hereby authorize and approve this Substitution of Attorneys in the above-referenced matter.

Earl Shields

Ronald J. Broida
Joseph K. Nichele
Broida and Associates, Ltd.
Attorneys at Law
Attorneys for Earl Shields
1250 East Diehl Road, Suite 108
Naperville, Illinois  60563
(630) 245-1515
(630) 245-1565 FAX