IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Robert Cashen, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 08 C 268 |
| ) | |
| Integrated Portfolio Management, Inc. f/k/a ) | Honorable Robert M. Dow, Jr. |
| First Credit Services Incorporated d/b/a ) | |
| Stanley Weinberg & Associates, an Illinois ) | Magistrate Judge Nan R. Nolan |
| corporation, Earl Shields, and Liliana Shields, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:  Michael Rachlis                           Frederick E. Roth
     Rachlis Durham Duff & Adler, LLC          Roth Law Firm
     542 South Dearborn Street, Suite 900      47 East Chicago Avenue, Suite 360
     Chicago, Illinois 60605                   Naperville, Illinois 60540

PLEASE TAKE NOTICE that on September 2, 2008 at 9:00 AM, we will appear before the Honorable Robert M. Dow, Jr., in Courtroom 1919 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the enclosed **Motion for Substitution of Attorneys and Proposed Order**.

/s/ Ronald J. Broida

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on August 8, 2008 he caused a true and correct copy of the foregoing **Notice of Motion, Motion for Substitution of Attorneys and Proposed Order** to be filed with the Clerk of the Court pursuant to the Court's ECF/CM electronic filing protocols, and that same will thereby be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

/s/ Ronald J. Broida

Ronald J. Broida
Joseph K. Nichele
Broida and Associates, Ltd.
Attorneys at Law
Attorneys for Earl Shields
1250 East Diehl Road, Suite 108
Naperville, Illinois 60563
(630) 245-1515
(630) 245-1565 FAX