Order Form (01/2005)     Case 1:08-cv-00268    Document 31    Filed 08/12/2008    Page 1 of 1 

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 268 | **DATE** | 8/12/2008 |
| **CASE TITLE** | CASHEN vs. INTEGRATED PORTFOLIO MNGMT., et al | | |

**DOCKET ENTRY TEXT**

ENTER PROPOSED ORDER: The appearance of Frederick E. Roth, Roth Law Firm, for Earl Shields is withdrawn. The appearance of Broida and Associates, Ltd., is substituted and entered for Earl Shields.

■ [ For further detail see separate order(s).]      Docketing to mail notices.



| | | Courtroom Deputy Initials: | TBK |
|---|---|---|---|