

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Robert Cashen, <br><br>　　　　Plaintiff, <br> vs. <br><br> Integrated Portfolio Management, Inc. f/k/a First Credit Services Incorporated d/b/a Stanley Weinberg & Associates, an Illinois corporation, Earl Shields, and Liliana Shields, <br><br>　　　　Defendants. | No. 08 C 268 <br><br> Honorable Robert M. Dow, Jr. <br><br> Magistrate Judge Nan R. Nolan |

### PROPOSED ORDER

THIS CAUSE COMING on for hearing on the Motion for Substitution of Attorneys, due notice having been given and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the Appearance of Frederick E. Roth, Roth Law Firm, for Earl Shields is withdrawn.

IT IS FURTHER ORDERED that the Appearance of Broida and Associates, Ltd. is substituted and entered for Earl Shields.

IT IS FURTHER ORDERED that notices shall hereafter be directed to:

Broida and Associates, Ltd.
Attorneys at Law
1250 East Diehl Road, Suite 108
Naperville, Illinois 60563
(630) 245-1515

DATED: 8-12-08

ENTER: _____
JUDGE

Ronald J. Broida
Joseph K. Nichele
Broida and Associates, Ltd.
Attorneys at Law
Attorneys for Earl Shields
1250 East Diehl Road, Suite 108
Naperville, Illinois 60563
(630) 245-1515
(630) 245-1565 FAX