# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                Case No:  08 C 268

Robert Cashen, Plaintiff
      v.
Integrated Portfolio Management, Inc. f/k/a
First Credit Services Incorporated d/b/a Stanley
Weinberg & Associates, an Illinois corporation,
Earl Shields, and Liliana Shields, Defendants


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Earl Shields

| | |
|---|---|
| NAME (Type or print) <br> Joseph K. Nichele | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>     /s/ Joseph K. Nichele | |
| FIRM <br> Broida and Associates, Ltd. | |
| STREET ADDRESS <br> 1250 East Diehl Road, Suite 108 | |
| CITY/STATE/ZIP <br> Naperville, IL 60563 | |
| ID Number (SEE ITEM 3 IN INSTRUCTIONS) <br> 6244030 | TELEPHONE NUMBER <br> 630-245-1515 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS <br><br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |